IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JOE FRANK WILLIAMS, #225488,      )
                                  )
        Plaintiff,                )
v.                                )      CASE NO. 2:06-cv-023-MEF
                                  )
KATHY HOLD, *et al.*,             )
                                  )
        Defendants.               )

## **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge

entered on January 13, 2006 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice

pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 31st day of January, 2006.


                        _____
                             /s/ Mark E. Fuller
                        CHIEF UNITED STATES DISTRICT JUDGE